IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ERIC D. RUSSELL, | § | |
| | § | No. 269, 2014 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | in and for Sussex County |
| | § | Cr. ID 0801028059 |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted: September 26, 2014
Decided: October 28, 2014

Before **HOLLAND**, **RIDGELY**, and **VALIHURA**, Justices

## **O R D E R**

This 28th day of October 2014, after careful consideration of the parties' briefs and the record on appeal, it is manifest that the judgment below should be affirmed on the basis of the Superior Court's well-reasoned decision dated May 8, 2014. The Superior Court did not err in concluding that appellant's third motion for postconviction relief was procedurally barred and that appellant had failed to overcome the procedural hurdles.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ Henry duPont Ridgely
Justice